UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-21475-CIV-MARTINEZ-BECERRA

JANVIER VILLARS,

    Plaintiff,

vs.

SHAUL MICHAEL, *et al.*,

    Defendants.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, pursuant to 28 U.S.C § 636 for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation ("R&R") on all dispositive matters. (ECF No. 4). Judge Becerra filed an R&R on *pro se* Plaintiff Janvier Villars' Emergency Petition for Writ of Prohibition ("Petition"), recommending that the Petition be denied and this case be dismissed without prejudice. (ECF No. 7). After conducting a *de novo* review of the record and Objections, (ECF No. 10), it is hereby:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 7), is **AFFIRMED and ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Plaintiff's *pro se* Petition, (ECF No. 1), is **DENIED**. This case is **DISMISSED WITHOUT PREJUDICE**.
2. The Clerk of Court is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of June, 2022.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record